ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, State Bar No. 85579
Deanna J. Mouser, State Bar No. 143187
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant
MISSION ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MISSION ELECTRIC COMPANY, aka<br>MISSION ELECTRIC, DOES 1 to 10,<br><br>　　　　　　Defendants. | CASE NO.<br><br>**CERTIFICATE OF FILING OF<br>NOTICE TO CLERK OF ALAMEDA<br>COUNTY SUPERIOR COURT OF<br>REMOVAL TO FEDERAL COURT** |

KATRINA E. HARDY certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is The Atrium, 5776 Stoneridge Mall Road, Suite 200, Pleasanton, California 94588, which is located in the city, county and state where the mailing described below took place.

3. On September 17, 2007, I caused to be filed via court courier with the Clerk's Office of the Alameda County Superior Court located at 1225 Fallon Street, Oakland, California, the attached **NOTICE TO CLERK OF ALAMEDA COUNTY SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** and caused the same to be served on Plaintiffs herein by United States Mail, with postage fully paid thereon to: Michael C. Cohen, Esq., Law Offices of Michael C. Cohen, 1814 Franklin Street, Suite 900, Oakland, California 94612.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of September, 2007, at Pleasanton, California.

_____
KATRINA E. HARDY

-1-
CERTIFICATE OF FILING OF NOTICE TO CLERK OF ALAMEDA COUNTY SUPERIOR COURT OF REMOVAL TO FEDERAL COURT

**Attachment: Notice to Clerk**

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, State Bar No. 85579
Deanna J. Mouser, State Bar No. 143187
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant
MISSION ELECTRIC COMPANY

ENDORSED
FILED
ALAMEDA COUNTY

SEP 17 2007

CLERK OF THE SUPERIOR COURT
By _Fwcp_

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA - UNLIMITED JURISDICTION

| | |
|---|---|
| JOEL GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>MISSION ELECTRIC COMPANY, aka<br>MISSION ELECTRIC, DOES 1 to 10,<br><br>  Defendants. | CASE NO.   RG 07330850<br><br>**DEFENDANT MISSION ELECTRIC COMPANY'S NOTICE TO CLERK OF ALAMEDA COUNTY SUPERIOR COURT OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**<br><br>Complaint Filed:   June 19, 2007<br>Trial Date:   TBA |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on September 13, 2007.

A copy of said Notice of Removal is attached to this Notice, and is served and filed herewith.

DATED: September 17, 2007

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _/s/ Deanna Mouser_
Robert Fried
Deanna Mouser
Attorneys for Defendant
MISSION ELECTRIC COMPANY

**ATTACHMENT: Notice of Removal**

1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Robert Fried, State Bar No. 85579
   Deanna J. Mouser, State Bar No. 143187
3  5776 Stoneridge Mall Road, Suite 200
   Pleasanton, California 94588
4  Telephone: (925) 227-9200
   Facsimile: (925) 227-9202
5
6  Attorneys for Defendant
   MISSION ELECTRIC COMPANY
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
   JOEL GONZALEZ,                    CASE NO. C07-04719 JL
12
            Plaintiff,               NOTICE OF REMOVAL TO FEDERAL
13                                   DISTRICT COURT PURSUANT TO 28
   v.                                U.S.C. § 1441(B) (FEDERAL QUESTION
14                                   JURISDICTION) OF DEFENDANT
   MISSION ELECTRIC COMPANY, aka     MISSION ELECTRIC COMPANY
15 MISSION ELECTRIC, DOES 1 to 10,

            Defendants.



NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(B) (FEDERAL QUESTION JURISDICTION) OF DEFENDANT MISSION ELECTRIC COMPANY

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant erroneously named as MISSION ELECTRIC COMPANY aka MISSION ELECTRIC is properly identified as Kositch Enterprises Inc., dba Mission Electric Company (hereinafter "Defendant"), and reserving its defenses associated with its identification as a Defendant as captioned to this complaint, hereby removes to this Court the state action described below:

1.  On June 14, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled *Joel Gonzalez v. Mission Electric Company, aka Mission Electric*, case number RG07330850. Plaintiff Joel Gonzalez ("Plaintiff") filed an Amended Complaint on June 19, 2007. A copy of all documents in the case file for the Superior Court of Alameda County is attached hereto as Exhibit "A," except the Amended Summons which has been separately attached as Exhibit "B." The case file for the Superior Court of Alameda County, attached as Exhibit "A," contains the original summons and complaint and its civil case cover sheet filed on June 14, 2007, the amended complaint filed on June 19, 2007, the Superior Court's Notice of Case Management Conference and Order dated June 18, 2007, Notice of Judicial Assignment for All Purposes dated June 15, 2007 and the Proof of Substituted Service. A true and accurate copy of the Amended Summons is attached hereto as Exhibit "B."

2.  Defendant was served by subservice with the summons and complaint, with the service complete on August 20, 2007. Defendant's staff received a copy of the complaint on August 7, 2007, and a copy was mailed to the person authorized to accept service on August 10, 2007. Service is deemed complete 10 days after the mailing, which is August 20, 2007. (Cal. Code Civ. Proc. § 415.20(a)). No other process, pleadings or orders have been served upon or received by Defendant. A true and accurate copy of the Plaintiff's Proof of Service from the website of the Superior Court for the County of Alameda is attached hereto as Exhibit "C."

3.  Thirty days after the date on which service on Defendant was complete is September 19, 2007. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

-1-
NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(B) (FEDERAL QUESTION JURISDICTION) OF DEFENDANT MISSION ELECTRIC COMPANY

4. Attached hereto as Exhibit "D" is a true and accurate copy of Defendant's Notice to Adverse Party of Removal.

5. Attached hereto as Exhibit "E" is a true and accurate copy of Defendant's Notice to Clerk of the Alameda County Superior Court of Removal.

6. <u>Intradistrict Assignment</u>: This action is a civil action that arose in Alameda County. Pursuant to Local Rule 3-2 (c) and (d), this action is appropriate for assignment to the Oakland Division or San Francisco Division because the action arose in Alameda County. N.D. Local Rules 3-2 (c) and (d) and 3-5 (b).

7. <u>Jurisdiction</u>: Pursuant to Local Rule 3-5 (a), this action is a civil action of which this court has original jurisdiction and which may be removed to this court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the following law of the United States: Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e-2).

DATED: September 14, 2007

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Robert Fried
Deanna Mouser
Attorneys for Defendant
MISSION ELECTRIC COMPANY

-2-

NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(B) (FEDERAL QUESTION JURISDICTION) OF DEFENDANT MISSION ELECTRIC COMPANY

# PROOF OF SERVICE

(Code Civ. Proc. § 1013a(3))

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5776 Stoneridge Mall Road, Suite 200, Pleasanton, CA 94588.

On September 14, 2007, I served the following document(s) described as **NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441 (B) (FEDERAL QUESTION JURISDICTION) OF DEFENDANT MISSION ELECTRIC COMPANY** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Michael C. Cohen, Esq.  
Law Offices of Michael C. Cohen  
1814 Franklin Street, Suite 900  
Oakland, CA 94612  
Telephone: (510) 832-6436  
Facsimile: (510) 832-6439  

Attorneys For Plaintiff  
JOEL GONZALEZ

[X] **BY MAIL:** I deposited such envelope in the mail at Pleasanton, California. The envelope(s) was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] **BY OVERNIGHT COURIER:** I sent such document(s) on September 13, 2007, by with postage thereon fully prepaid at Pleasanton, California.

[ ] **BY FAX:** I sent such document by use of facsimile machine telephone number (925) 227-9202. Facsimile cover sheet and confirmation is attached hereto indicating the recipients' facsimile number and time of transmission pursuant to California Rules of Court Rule 2008(e). The facsimile machine I used complied with California Rules of Court Rule 2003(3) and no error was reported by the machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 14, 2007, at Pleasanton, California.

*/s/ Katrina E. Hardy*  
KATRINA E. HARDY

# PROOF OF SERVICE

(Code Civ. Proc. § 1013a(3))

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5776 Stoneridge Mall Road, Suite 200, Pleasanton, CA 94588.

On September 17, 2007, I served the following document(s) described as **DEFENDANT MIOSSION ELECTRIC COMPANY'S NOTICE TO CLERK OF THE ALAMEDA COUNTY SUPERIOR COURT OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Michael C. Cohen, Esq.                    Attorneys For Plaintiff
Law Offices of Michael C. Cohen           JOEL GONZALEZ
1814 Franklin Street, Suite 900
Oakland, CA 94612
Telephone: (510) 832-6436
Facsimile: (510) 832-6439

[X] **BY MAIL:** I deposited such envelope in the mail at Pleasanton, California. The envelope(s) was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] **BY OVERNIGHT COURIER:** I sent such document(s) on September 14, 2007, by with postage thereon fully prepaid at Pleasanton, California.

[ ] **BY FAX:** I sent such document by use of facsimile machine telephone number (925) 227-9202. Facsimile cover sheet and confirmation is attached hereto indicating the recipients' facsimile number and time of transmission pursuant to California Rules of Court Rule 2008(e). The facsimile machine I used complied with California Rules of Court Rule 2003(3) and no error was reported by the machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2007, at Pleasanton, California.

*/s/ Katrina E. Hardy*
KATRINA E. HARDY

009318.00011/126017v1

# PROOF OF SERVICE

(Code Civ. Proc. § 1013a(3))

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5776 Stoneridge Mall Road, Suite 200, Pleasanton, CA 94588.

On September 17, 2007, I served the following document(s) described as **CERTIFICATE OF FILING OF NOTICE TO CLERK OF ALAMEDA COUNTY SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Michael C. Cohen, Esq.<br>Law Offices of Michael C. Cohen<br>1814 Franklin Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 832-6436<br>Facsimile: (510) 832-6439 | Attorneys For Plaintiff<br>JOEL GONZALEZ |

[X] **BY MAIL:** I deposited such envelope in the mail at Pleasanton, California. The envelope(s) was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] **BY OVERNIGHT COURIER:** I sent such document(s) on September 17, 2007, by with postage thereon fully prepaid at Pleasanton, California.

[ ] **BY FAX:** I sent such document by use of facsimile machine telephone number (925) 227-9202. Facsimile cover sheet and confirmation is attached hereto indicating the recipients' facsimile number and time of transmission pursuant to California Rules of Court Rule 2008(e). The facsimile machine I used complied with California Rules of Court Rule 2003(3) and no error was reported by the machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2007, at Pleasanton, California.

*/s/ Katrina E. Hardy*
KATRINA E. HARDY

009318.00011/126017v1