ORIGINAL

1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Robert Fried, State Bar No. 85579
   Deanna J. Mouser, State Bar No. 143187
3  5776 Stoneridge Mall Road, Suite 200
   Pleasanton, California 94588
4  Telephone: (925) 227-9200
   Facsimile: (925) 227-9202
5
   Attorneys for Defendant
6  MISSION ELECTRIC COMPANY
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | JOEL GONZALEZ,                              | CASE NO.
12 |                    Plaintiff,               | **DEFENDANT MISSION ELECTRIC COMPANY'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL TO FEDERAL COURT**
13 | v.                                          |
14 | MISSION ELECTRIC COMPANY, aka MISSION ELECTRIC, DOES 1 to 10, |
15 |                    Defendants.              |

16
17
18
19
20
21
22
23
24
25
26
27
28

009318.00011/125957v1

DEFENDANT'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL TO FEDERAL COURT

I, Katrina E. Hardy, certify and declare as follows:

1. I am over the age of 18 and not a party to this action.

2. My business address is 5776 Stoneridge Mall Road, Suite 200, Pleasanton, California 94588, which is located in the city, county, and state where the mailing described below took place.

3. On September 17, 2007, a copy of the **Defendant Mission Electric Company's Notice to Adverse Party of Removal of Civil Action to Federal Court** dated September 17, 2007, a copy of which is attached to this Certificate; Notice of Assignment of Case to United States Magistrate Judge for Trial; U.S. District Court Northern California ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Welcome to the U.S. District Court handout; and Public Notice, was deposited in the United States mail at Pleasanton, California addressed as follows:

| | |
|---|---|
| Michael C. Cohen, Esq.<br>Law Offices of Michael C. Cohen<br>1814 Franklin Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 832-6436<br>Facsimile: (510) 832-6439 | Attorneys For Plaintiff<br>JOEL GONZALEZ |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed the 17th day of September, 2007 at Pleasanton, California.

_____
KATRINA E. HARDY

---

009318.00011/125957v1

-1-
DEFENDANT'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL TO FEDERAL COURT