UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL GONZALEZ

    Plaintiff(s),   No. 07-04719 JL

    v.   NOTICE OF CONTINUANCE
<u>OF CASE MANAGEMENT CONFERENCE</u>

MISSION ELECTRIC COMPANY

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for December 19, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to January 9, 2008 @ 10:30 a.m..

Dated: December 17, 2007

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE