**United States District Court**
For the Northern District of California

1
2
3
4   IN THE UNITED STATES DISTRICT COURT
5   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6   JOEL GONZALEZ,                                    NO: C-07-4719 JL (MEJ)
7             Plaintiff(s),
                                                     NOTICE AND ORDER SCHEDULING
8     vs.                                            SETTLEMENT CONFERENCE
9   MISSION ELECTRIC.
10            Defendant(s).
11  _____/

12      PLEASE TAKE NOTICE that this case has been scheduled for a Settlement Conference
13  before Magistrate Judge Maria-Elena James. The Settlement Conference shall take place on **April 7,**
14  **2008, at 2:00 p.m**. **in Judge James' chambers**, located at the Federal Building, 450 Golden Gate
15  Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the**
16  **Court if this matter settles or is dismissed before the settlement conference date.** On the date of
17  the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security
18  entrance to notify the Court of their arrival.
19      Settlement Conference statements shall be submitted in accordance with Magistrate Judge
20  James' STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of which
21  may be obtained from the Northern District of California's website at
22  http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin,
23  then choose Magistrate Judge James.
24      When filing papers that require the Court to take any action (e.g. motions, calendaring issues,
25  administrative requests or a request to be excused from attendance), the parties shall, in addition to
26  filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next
27  court day following the day the papers are filed electronically. These printed copies shall be marked
28

"Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically. **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated:  January 25, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2