# CIVIL MINUTES

**Chief Magistrate Judge James Larson**        FTR 10:37-10:41 ( 04 min)
Date: **January 9 , 2008**

Case No: **C07- 4719 JL**

Case Name: **Joel Gonzalez v. Mission Electric**

Plaintiff Attorney(s): Michael Cohen
Defendant Attorney(s): Robert Fried

Deputy Clerk: **Wings Hom**

**PROCEEDINGS:**                                                    **RULING:**
1.
2.
3.
4.
[ X ]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to another MJ for settlement conference** after **90 days.**
**Order to be prepared by:**  [ ] Plntf [ ] Deft [] Court
**Case continued to:** 5-14-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
      [ ] Jury  [ ]  Court


Notes:.



cc: Venice, Kathleen,Magref