**Total Time (Hrs):** **1.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:  April 7, 2008**
**TITLE:  Gonzalez -v- Mission Electric**                     **CASE #: C-07-4719 JL**

### APPEARANCES:

**FOR PLAINTIFF:**                                           **FOR DEFENDANT:**

**Michael Cohen**                                            **Robert Fried**

**Deputy Clerk:  Brenda Tolbert**                            **Reportor: Lydia Zinn**
### PROCEEDINGS:

\_\_\_\_ **Case Management**
\_\_\_\_ **Further Case Management**
\_\_\_\_ **Status Conference**
\_\_\_\_ **Pretrial Conference**
 **X**  **Settlement Conference (Length: 1.5 Hr/s.)**
\_\_\_\_ **Evidentiary Hearing**
\_\_\_\_ **Examination of Judgment Debtor**
\_\_\_\_ **Motions**
\_\_\_\_ **Other:**

**ORDER/RESULTS:**

**Settlement Conference Held.  CASE SETTLED.**

**Case Continued To:**_____ **For:**_____
**Case Referred To:**_____ **For:**_____

**ORDER TO BE PREPARED BY: Plaintiff**

**cc: Chambers File, Chris, Brenda,  Other:**