United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL GONZALEZ,                                              No. C 07-4719 JL

        Plaintiff,
                                                            **DISMISSAL**
        v.

MISSION ELECTRIC COMPANY, ET AL.,

        Defendants.
_____/

        The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

        DATED: April 21, 2008

                                                    _____
                                                    James Larson
                                                    Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-4719\DISMISSAL.wpd